# Court of Appeals
# of the State of Georgia

ATLANTA, March 13, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0037. TIM SUNDY v. FRIENDSHIP PAVILLION ACQUISITIONS, LLC, Et Al.**

Having read and considered the "Rule 40(b) Emergency Motion for Process to be Issued" the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/13/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*